# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

Case No. 5D23-2489
LT Case No. 2012-CF-04054-A

———————————————————

DAVID K. DIXON,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————————

3.800 appeal from the Circuit Court for Duval County.
Jeb Branham, Judge.

David K. Dixon, Crawfordville, pro se.

No Appearance for Appellee.

November 21, 2023

PER CURIAM.

   AFFIRMED. *See Hester v. State*, 267 So. 3d 1084 (Fla. 1st DCA 2019).

LAMBERT, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____